```
                  DOMMERNICK BROWN
                     11049-171
          FCI WASECA, P. O. BOX 1731
          WASECA, MN 56093
```

**FILED**

**NOV 1 7 2004**

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTH CAROLINA

DOMMERNICK BROWN
(Name of Plaintiff)

8:04-CV-22836
Case Number:

COMPLAINT

vs.

GEORGE W BUSH
JOHN ASHCROFT

Civil Rights Act, 42 U.S.C. 1983

(Names of all Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner? Yes ___ No _x_

B. If your answer to A is yes, how many? _____
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_____

3. Docket Number _____ 4. Assigned Judge _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Filing date (approx.) _____ 7. Disposition date (approx.) _____
(List all other previous or pending lawsuits on back of this form)

1

## Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ___ No ___

B. Have you filed a grievance concerning the facts of this complaint? Yes ___ No ___

If your answer is no, explain why not: _____

C. Is the grievance process completed? Yes ___ No ___
Date process completed and disposition: _____

## Defendants

(In item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __GEORGE W BUSH__ is employed as __THE PRESIDENT__ at __THE UNITED STATES OF AMERICA__

B. Additional defendants __JOHN ASHCROFT__

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

NO UNDER CIRCUMSTANCES OF CRIMINAL CHARGE, THE VIOLATION OF FIFTH, AND FOURTEENTH AMENDMENTS. NO SAID GUN, MAY PROPOSE THE IMMEDIATELY RELEASE FROM IN CARCERATION FOR THE SCHEDULED WITHIN TEN DAYS OR THIRTY DAYS THE DATE ON OCTOBER 28, 2004, AT 1:00 PM, OR NOVEMBER 15, 2004, AT 1:00 PM, NO LATER THAN THAT DAY, AND TRIAL BY JURY.

NOTHING RECORD WITH THIS BECAUSE AGENTS THEY ALL TAKEN.

Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A WRIT OF ATTACHMENT AND GARNISHMENT

COMPENSATORY AND PUNITIVE DAMAGES

THE SUM OF AMOUNT IS ONE HUNRED THOUSAND DOLLARS ONLY AND FOR THE IMMEDIATELY RELEASE WITHIN TEN DAYS OR THIRTY DAYS THE DATE ON OCTOBER 28, 2004, AT 1:00 PM, OR NOVEMBER 15, 2004, AT 1:00 PM AND TRIAL BY JURY.

WITHOUT COURT FEES BY JURY, SEE 18 USCA 3524(h).

I declare under penalty of perjury that the foregoing is true and correct.

OCTOBER 12, 2004                    Prayer, DOMMERNICK BROWN, 11049-171, Pro se
(Date)                                              (Signature of Plaintiff)

                                    LEGAL ASSISTANCE, YOUNG YIL JO, 01183-112

                                    _young yil jo_ (signature)

CERTIFICATE OF SERVICE

This is to certify that I have on 12 day of OCTOBER 2004, placed a true and exact copy of the foregoing in the u. s. mails, via certified mail and regular

OFFICE OF THE CLERK
U. S. COURTHOUSE
1845 ASSEMBLY STREET
COLUMBIA, SOUTH CAROLINA 29201-2455

ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

GEORGE W BUSH THE PRESIDENT
THE WHITE HOUSE AND EXECUTIVE OFFICE
1600 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20500

BILL CLINTON, FORWARD ADDRESS

JANNET RENO, FORWARD ADDRESS

U. S. SENATE, JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUIDING
WASHINGTON, D. C. 20510-6275

THE HOUSE OF REPRESENTATIVE
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

SUPREME COURT OF THE UNITED STATES OFFICE OF THE CLERK
ONE FIRST STREET, N. E. WASHINGTON, D. C.

DOMMERNICK BROWN
11049-171, B-UNIT
WASECA FCI P. O. BOX 1731
WASECA, MN 56093

legal assistance, YOUNG YIL JO
01183-112

*Young Yil Jo*

USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET
LOS ANGELES, CA 90012

WASHINTON POST CO
1150 15TH STREET, N. W.
WASHINGTON, D. C. 20071

THE WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, NJ 08852